**Motion Denied and Order filed May 4, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00136-CV
_____

**ANGELINA GUERRERO, Appellant**

**V.**

**EQUITY TRUST FBO JED SILVERMAN IRA, Appellee**

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1162968**

---

## ORDER

Appellant's motion requesting this court to refund the appellate filing fees that she paid on March 29, 2021, for a total of $205.00 is denied. That payment was tendered in this court after appellant filed an affidavit of indigency in the trial court, but before the trial court determined appellant was indigent for purposes of appeal.

The clerk of this court may only request the comptroller of public accounts to refund fees paid to this court. Upon provision to the clerk of the court of appellant's address and taxpayer ID, the clerk of the court will make such a request.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Wilson.